Mark T. Flewelling (#96465)
   mflewelling@afrct.com
Raymond M. Collins (#199071)
   rcollins@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
   CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant,
WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., as successor through merger of Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, named herein as "Wachovia Bank"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFHSIN SARBAZ<br><br>                    Plaintiff,<br><br>     vs.<br><br>WACHOVIA BANK, DOE CORPORATIONS 1 – 10, DOES 1 – 10, inclusive,<br><br>                    Defendants. | Case No.:  3:10-cv-03462-CRB<br><br>(Assigned to the Hon. Charles R. Breyer, District Judge, Courtroom 8 – 19th Floor)<br><br>**STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1(a))**<br><br>Removal Effected:              8/06/2010<br>Statutory response date:       8/13/2010<br>1st Stipulated response date:  8/27/2010<br>New response date:             9/03/2010 |

C:\Documents and Settings\emm\Local Settings\Temporary Internet Files\OLK227\Stipulation to Further Extend Response Date to Complaint-218691.doc

1

3:10-CV-03462-CRB
STIPULATION TO FURTHER EXTEND DEFENDANT WACHOVIA'S RESPONSE DATE TO COMPLAINT

**TO THE HONORABLE COURT, PLAINTIFF AND HIS COUNSEL OF RECORD:**

Plaintiff AFHSIN SARBAZ and Defendant WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., as successor through merger of Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, named herein as "Wachovia Bank" ("Wachovia"), through their respective counsel of record, initially stipulated pursuant to Local Rule 6-1 to extend Wachovia's response date to Plaintiff's initial Complaint to and including August 27, 2010, a date which is not more than 30 days from the date a response initially would have been due. The parties hereby stipulate to further extend Wachovia's deadline to respond to Plaintiff's complaint to and including September 3, 2010, a date which is still not more than 30 days from the date a response initially would have been due.

By this Stipulation, Defendant Wachovia does not waive its right to file a motion to dismiss as to the pending Complaint and Plaintiff does not waive his right to file a motion to remand this action to state court.

IT IS SO STIPULATED.

Dated: August 25, 2010         LAW OFFICES OF DEBORAH J. PIMENTEL

By:   /s/ Ali Nehme
      Ali Nehme, Esq.
Attorneys for Plaintiff,
AFHSIN SARBAZ

Dated: August 25, 2010         ANGLIN, FLEWELLING, RASMUSSEN
                                CAMPBELL & TRYTTEN LLP

By:   /s/ Raymond M. Collins
      Raymond M. Collins
      rcollins@afrct.com
Attorneys for Defendant
WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., as successor through merger of Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, named herein as "Wachovia Bank"

Signed: August 26, 2010

IT IS SO ORDERED
Judge Charles R. Breyer

C:\Documents and Settings\emm\Local Settings\Temporary Internet Files\OLK22\Stipulation to Further Extend Response Date to Complaint-218691.doc

3:10-CV-03462-CRB
STIPULATION TO FURTHER EXTEND DEFENDANT WACHOVIA'S RESPONSE DATE TO COMPLAINT