1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11  AFHSIN SARBAZ                           Case No.:  3:10-cv-03462-CRB

12              Plaintiff,                   [Assigned to the Hon. Charles R. Breyer,
                                            District Judge, Courtroom 8 – 19th Floor]
13

14      vs.                                 **ORDER GRANTING CONTINUANCE
                                            ON THE HEARING DATE OF
15                                          DEFENDANT WACHOVIA'S
                                            MOTION TO DISMISS COMPLAINT**
16  WACHOVIA BANK, DOE CORPORATIONS
    1 – 10, DOES 1 – 10, inclusive,
17                                          Current date:  October 15, 2010
              Defendants.                   Time:          10:00 a.m.
18                                          Ctrm:          8

19

20          Having read and considered the foregoing Stipulation, and good cause appearing:

21          **IT IS HEREBY ORDERED:**

22          1.      That the current hearing date of October 15, 2010 for defendant Wachovia's

23              motion to dismiss is hereby continued to November __5_, 2010 at 10:00 a.m.

24

25  Dated: _____October 7__, 2010                    _____

26                                                          HON. CHARLES R. BREYER
                                                            UNITED STATES DISTRICT JUDGE
27

28

IT IS SO ORDERED

Judge Charles R. Breyer

10-cv-03462-CRB
...INUANCE OF HEARING
...OF DEFT. WACHOVIA'S MTD COMPLAINT