UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| AFHSIN SARBAZ<br><br>          Plaintiff,<br><br>vs.<br><br>WACHOVIA BANK, DOE CORPORATIONS 1 – 10, DOES 1 – 10, inclusive,<br><br>          Defendants. | Case No.: 3:10-cv-03462-CRB<br><br>[Assigned to the Hon. Charles R. Breyer, District Judge, Courtroom 8 – 19th Floor]<br><br>**ORDER GRANTING CONTINUANCE ON THE HEARING DATE OF DEFENDANT WACHOVIA'S MOTION**<br><br>Current date: April 22, 2011<br>Time:           10:00 a.m.<br>Ctrm:           8 |

Having read and considered the foregoing Stipulation, and good cause appearing:

**IT IS HEREBY ORDERED:**

1. That the current hearing date of April 22, 2011 for defendant Wachovia's motion for award of attorneys' fees is hereby continued to May __13__, 2011 at 10:00 a.m.

Dated: _____ April 1 , 2011

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*